S14Y0549, S14Y0550. IN THE MATTER OF FRED T. HANZELIK (two cases).
(761 SE2d 80)

PER CURIAM.

The Court having reviewed the Notice of Compliance with Conditions submitted by the Office of the General Counsel of the State Bar of Georgia, and it appearing that Fred T. Hanzelik (State Bar No. 323950) has complied with all of the conditions for reinstatement following his suspension by this Court, see *In the Matter of Hanzelik,* 294 Ga. 727 (755 SE2d 758) (2014), it is hereby ordered that Fred T. Hanzelik be reinstated to the practice of law in the State of Georgia.

*Reinstated. All the Justices concur.*

DECIDED JUNE 30, 2014.

*Luther-Anderson, Daniel J. Ripper,* for Hanzelik.
*Paula J. Frederick, General Counsel State Bar, Carmen R. Rafter, Assistant General Counsel State Bar,* for State Bar of Georgia.